### LINDA L. MINOR *v.* BILLY SCOTT MINOR (14574)

Dupont, C. J., and Spear and Hennessy, Js.

Submitted on briefs February 13—decision released March 12, 1996

*Stephen T. Gionfriddo* filed a brief for the appellant (plaintiff).

PER CURIAM. The judgment is affirmed.